Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JASON HOWARD,<br>Defendant. | CASE NO. MJ26-479<br><br>COMPLAINT for VIOLATION<br><br>Title 18 U.S.C. § 115(a)(1)(B) |

BEFORE, The Honorable S. Kate Vaughan, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

**COUNT 1**

**(Threatening a Federal Official)**

On or about June 26, 2026, in King County, within the Western District of Washington, JASON HOWARD did threaten to assault and murder Victim 1, a United States Department of Veterans Affairs Psychologist, an official and employee of the United States and of any agency in any branch of the United States Government under Title 18, United States Code, Section 115(a)(1)(B), with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

**COUNT 2**

**(Threatening a Federal Official)**

On or about June 26, 2026, in King County, within the Western District of Washington, JASON HOWARD did threaten to assault and murder Victim 2, a United States Department of Veterans Affairs Psychiatrist, an official and employee of the United States and of any agency in any branch of the United States Government under Title 18, United States Code, Section 115(a)(1)(B), with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

And the complainant states that this Complaint is based on the following information:

I, Malcolm Frederick, having been duly sworn, state as follows:

**INTRODUCTION**

1. I am a Special Agent with the United States Department of Veteran Affairs, Office of Inspector General ("VA OIG") and have been so employed since April 16, 2017. I am currently assigned to the Seattle Resident Agency, Seattle, Washington. I am responsible for enforcing the laws of the United States relating to VA programs and operations. Prior to joining the VA OIG, I was employed as a Special Agent with the United States Secret Service for nine years and was assigned to the Seattle Field Office. I am a graduate of the Federal Law Enforcement Training Center located in Glynco, Georgia. I am also a graduate of the Secret Service Special Agent Training Program located in Beltsville, Maryland. Additionally, I am a graduate of the Washington State Basic Law Enforcement Training Academy and was a Commissioned Law Enforcement Officer with the Redmond Police Department for more than fourteen years. I also have a Bachelor of Arts Degree from the University of Washington.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

2. Throughout my law enforcement career, I have investigated a wide variety of crimes, to include complex financial crimes, assaults, threats and intimidation, and various other types of persons crimes.

3. The information contained in this affidavit consists of my personal knowledge gained through this investigation, information provided by other law enforcement agents involved in this investigation, information provided by witnesses and others with knowledge of the relevant events and circumstances, information gleaned from my review of evidence, and my training and experience. Because this affidavit is offered for the limited purpose of establishing probable cause, I list only those facts that I believe are necessary to support such a finding. I do not purport to list every fact known to me or others as a result of this investigation.

## SUMMARY OF INVESTIGATION

4. Victim 1 is a United States Department of Veterans Affairs ("VA") Psychiatrist and a "federal official" within the meaning of 18 U.S.C. § 1114. Victim 1 works in the Seattle VA Medical Center ("VAMC") located in King County in the Western District of Washington.

5. Victim 2 is a VA Psychologist and a "federal official" within the meaning of 18 U.S.C. § 1114. Victim 2 also works in the VAMC located in King County in the Western District of Washington.

6. On June 26, 2026, at approximately 9:30 AM, VA Police Services ("VAPS") notified the VA Office of Inspector General ("OIG"), Seattle Resident Agency, of a threat investigation involving veteran JASON HOWARD.

7. VAPS reported that on June 26, 2026, veteran JASON HOWARD left six disturbing voicemail messages on the telephone assigned to L. W., a VA Social Worker. The six voicemail messages were all left between 4:41 AM and 5:43 AM. The person leaving the messages was identified as HOWARD.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

8. L.W. is a medical provider and she is familiar with HOWARD because he used to be one of her patients at the VA. L.W. recognized HOWARD's voice on the voicemails. She also knew the calls were from him because she is familiar with his phone number. Additionally, on one of the calls HOWARD verbally identified himself by name.

9. VAPS reported they reviewed the six voicemail messages and the messages contained several direct threats toward Victim 1 and Victim 2. In these messages, HOWARD stated he intended to murder both Victim 1 and Victim 2 "in the most heinous forms possible" and he would pursue them "to the ends of the earth."

10. On June 26, 2026, at approximately 9:37 AM, VAPS Sergeant Robinson called HOWARD at his listed telephone number, ending in -4522. This was also the originating telephone number for the six threatening voicemail messages. Sgt. Robinson reported that HOWARD answered the telephone and identified himself as Jason HOWARD. HOWARD was initially calm; however, he rapidly became angry and began yelling, screaming, and cursing. HOWARD spoke almost exclusively about Victim 1 and Victim 2 and repeatedly spoke about conspiracy theories.

11. Sgt. Robinson reported that HOWARD did not express remorse for the voicemail messages. He instead justified his conduct. HOWARD alleged that a homosexual cabal was operating within the VA Puget Sound Health Care System and specifically within the Seattle VA Medical Center ("VAMC"). HOWARD accused Victim 1 and Victim 2 of participating in that conspiracy. HOWARD also stated he intended to "handle things himself." HOWARD admitted that he had made the telephone calls and left the voicemail messages.

12. On June 26, 2026, at approximately 10:03 AM, L.W. received an email from HOWARD. The subject line of the email was titled, "There is a sex cult out of



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Seattle VA." In this email HOWARD stated, "If I get one more call, better include the background of hijacking you into this sex cult... Says Adam..."

13. VA OIG reviewed the six voicemail messages left by HOWARD. The table below outlines the statements made in each phone call:

| **Date of Call** | **Time of Call** | **Statements** |
|---|---|---|
| 6/26/2026 | 4:41 AM | "You tell your fucking queer, platonic, fucking whatever the fuck she is, **I'm coming for her ass**. I have investigations open on her goddamn Victim 1, goddamn ass to the fucking extreme, and **I will fucking pursue her to the fucking end of this fucking earth.** She has goddamn desecrated the fucking VA, and I don't fucking literally pursue her until she is fucking done. I will pursue her until that goddamn psychiatrist bitch is fucking done. And I will pursue you until you are fucking done. The fucking VA will not turn into some goddamn queer, platonic, goddamn fucking, whatever the fuck." |
| 6/26/2026 | 4:50 AM | **"I am going to fucking ass rape Victim 1 and that goddamn Victim 2.** That queer goddamn closet motherfucker and his closet goddamn fucking bitch. Fuck Victim 1. **I am literally going to come down there and ass fuck both of them. They will not fucking survive the week.** Do you understand me?" |
| 6/26/2026 | 4:53 AM | "You tell that Victim 2 and that goddamn Victim , that I had their fucking number and I will never fucking rat until the two of them queer motherfuckers are done. Do you understand me? I every fucking last one of you. **I will fucking literally goddamn come down there with a fucking gun and fucking go ballistic. I will go postal on every motherfucker down there.** I will go postal on their ass, Victim 1, and goddamn Victim 2. Do you fucking understand me? **I will fucking murder everybody in that fucking VA.**" |



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 6/26/2026 | 5:03 AM | "I'm tired of fucking Adam raiding my goddamn sleep. You tell that goddamn punch. She will never fucking rest. I will literally pursue her to the ends of the fucking earth, to the ends of fucking humanity." She will never fucking rest. She will never have a fucking day of sleep. That goddamn queer bitch will fucking literally spend her last days on fucking earth. Trying to goddamn figure out how in the fuck everybody figured out will fucking literally massacre that goddamn cunt. They will come in that the goddamn VA and they will fucking ass rape her, take all of her murder her, and then fucking co-conspirators and judge them fucking hanging them. And clearly that girl fucking Victim 2 who you can't fucking talk to. **I will fucking literally goddamn murder every motherfucker in that Seattle VA.** (unintelligible) queer, platonic motherfucker. Don't you understand what the fuck you have unleashed? You've unleashed hell on fucking earth to you, motherfuckers. You motherfuckers. **The last thing you should be worried about is your fucking job. It is gonna be your fucking life. I will fucking end it.** I will fucking decimate it. I will fucking pursue it to the ends of this fucking earth. The extreme I will goddamn pursue you when you are fucking done with the VA. When you are fucking goddamn cleaning on your bullshit queer fucking life and your bullshit midwest fucking reality. I will be there. God, Jim, (unintelligible) hell, oh every motherfucker in that Seattle VA who thought they could fucking fuck me over. I will goddamn, goddamn. Fuck them." |
| 6/26/2026 | 5:17 AM | "You fucking bitch. You leave such a goddamn meticulous fucking message for your goddamn clients. You tell that goddamn bitch Victim 1. I am literally camped out at her fucking house. **I'm literally gonna stalk her until she is fucking dead. I'm going murder her goddamn ass until she, her queer goddamn fucking hijacking ass is done.** I'm going to fucking come down there and literally ass rape in Bellevue every motherfucker that has ever fucking |



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| | | (unintelligible). I'm gonna fast rape her. You tell that bitch I'm coming for her. I'm coming fucking Seattle. **I'm going to goddamn literally decapitate her fucking head.** I'm going to goddamn shove it up her fucking ass. You tell that bitch, if she ever tries this shit again, I will let her lay fucking murder her. She is done at the VA. Victim 2 is done at the fucking VA. Both of them motherfuckers are done. Both of them quit. Yes. Are fucking done. Do you understand me? Those two fucking queers are done." |
| 6/26/2026 | 5:43 AM | "Yeah, this is Adam. You tell them two goddamn queer cunt motherfuckers who goddamn think they are running the goddamn show. A TC in Seattle that I'm coming for their fucking ass. You tell them that Goddamn Jason Howard and goddamn Victim 1 and goddamn Victim 2, those two queer motherfuckers who goddamn hijacks you. **You tell them I'm going to fucking murder their goddamn ass until they are fucking done.** I will fucking see them done in that VA. I will see that motherfucker emptied out. I will see every goddamn thing they can fucking comprehend. I will murder their goddamn fucking reality until it doesn't fucking exist anymore. All until fucking Adam keeps, stops fucking telling me to fuck them hard. It ain't going to fucking happen. I will literally goddamn Victim 1 that goddamn clear cunt who hijacks you. **I will fucking take her and Victim 2 and literally fucking split their goddamn skull. I will fucking murder them both.** I will fuck them. **They do not have a fucking chance to fucking survive in this fucking world.** Do you understand me? They have no fucking point. Their queer sickness is fucking done." |



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

14. VA OIG interviewed both Victim 1 and Victim 2. They confirmed that HOWARD was one of their patients and they had provided him with mental health treatment. Victim 1 confirmed she had listened to the voicemail messages and she confirmed the caller was HOWARD.

15. VA OIG interviewed L.W. She stated that HOWARD had been leaving her voicemail messages for approximately two years and the recent messages felt to her like a big escalation. She stated HOWARDS was one of her patients, but he was transferred to another provider because he began using inappropriate and polarizing language in their treatment sessions. He also began exhibiting symptoms of paranoia and also believed that he should have a procreative sexualized relationship with her. L.W. expressed that she was concerned about her safety, and the safety of others.

16. On July 16, 2026, Howard left five voicemail messages on L.W.'s phone between 7:15 p.m. and 9:02 p.m. and sent four emails to L.W. between 6:50 p.m. and 8:23 p.m. These messages and emails were harassing and intimidating in nature.

17. For example, on a voicemail message left at 8:16 p.m., Howard said, "You tell every motherfucker, illegal son of a bitch down there who has allowed you to be subjugated to this queer fucking cunt, and murder your fucking husband, that I will come for their fucking ass and I will fucking end their fucking ass."

18. On a voicemail message left at 9:03 p.m., Howard said the following:

> Do fucking kill your goddamn fucking husband. I ain't fucking sit up there in a murderer's ass fucking cult and pretend like nothing the fuck's going on. Like you can call the fucking police on me. You tell them motherfuckers, I'll get one more goddamn phone call from that goddamn place, and I will have so many goddamn federal agents in that fucking goddamn VA. I will drown [Victim 1] your ass and every other mother fucker in that son of a bitch and federal fucking investigation.

//

//

//



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CONCLUSION**

19. Based on the above facts, I respectfully submit that there is probable cause to believe that JASON HOWARD did threaten to assault and murder Victim 1 and Victim 2, both United States Department of Veterans Affairs medical providers, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against Victim 1 and Victim 2 on account of the performance of official duties, all in violation of Title 18, United States Code, Section 115(a)(1)B).

MALCOLM FREDERICK
Special Agent, VA
Office of Inspector General

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense charged in this Complaint.

DATED this 29th day of July 2026.

S. KATE VAUGHAN
United States Magistrate Judge



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970